**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  11-PO-01133-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. CAMERON JORDAN McARTHUR,**

**Defendant.**

---

### MINUTE ORDER RESCHEDULING MOTIONS HEARING

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     This case was reassigned to Magistrate Judge David L. West on October 11, 2011. Currently there is a motions hearing scheduled for November 23, 2011 at 9:30 a.m. in Courtroom C201 in Denver, Colorado.

     **IT IS HEREBY ORDERED** that the motions hearing scheduled for November 23, 2011 at 9:30 a.m. is **VACATED** and **RESCHEDULED** before Magistrate Judge David L. West on **November 4, 2011 at 1:30 p.m. in Courtroom 601, 901 19th Street, Denver, Colorado**.

**DATED: October 14, 2011.**

                                                          **BY THE COURT:**

                                                          **s/David L. West
                                                          United States Magistrate Judge**