**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No. 11-PO-01133-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. CAMERON JORDAN McARTHUR,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that the **Sentencing** previously scheduled for December 9, 2011 at 1:30 p.m. is VACATED and **RESCHEDULED for December 9, 2011 at 11:00 a.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: November 5, 2011.**

                        **BY THE COURT:**

                        **s/David L. West**
                        **United States Magistrate Judge**