# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

v.

CAMERON JORDAN MCARTHUR

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release**)

Case Number:  11-po-01133-DW-01

USM Number: 37991-013

Scott T. Varholak, AFPD
(Defendant's Attorney)

**THE DEFENDANT:** Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - Escape-Attempt Direct Community Corrections | 04/23/12 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 27, 2012
Date of Imposition of Judgment

Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

October 9, 2012
Date

DEFENDANT:  CAMERON JORDAN MCARTHUR
CASE NUMBER:  11-po-01133-DW-01                                    Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby sentenced to time served, to run concurrent with the sentence imposed in Jefferson County District Court, Case Number 2012CR1204.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal